**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**GG GLOBAL LOGISTICS, LLC**

**Debtor.**

_____/

**CASE NO. 6:24-bk-04377-GER**
**CHAPTER 11**

*Subchapter V Election*

**DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS**

**GG GLOBAL LOGISTICS, LLC ("GG Global" or "Debtor")**, by and through its undersigned counsel, and pursuant to Rules 1007 and Rule 9006(b) *Federal Rules of Bankruptcy Procedure*, files its motion for the entry of an order extending the deadline for the Debtors to file their Summary of Assets and Liabilities, Schedules, and Statement of Financial Affairs (the "Motion"), and in support thereof, states as follows:

1.      On August 20, 2024 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.      Pursuant to Rule 1007(c), *Federal Rules of Bankruptcy Procedure*, a Chapter 11 Debtor is required to file its "completed schedules, statement, and other documents required within 14 days after filing the Petition."

3.      The Debtor is currently working with its Counsel to finalize all information to complete its Schedules and accompanying documents but due to the upcoming holiday requires additional time to compile such information.

4.      The Debtor is requesting a brief one-week extension through Tuesday, September 10, 2024 in which to complete, and file its Summary of Assets and Liabilities, Schedules, Declaration Under Penalty of Perjury, and Statement of Financial Affairs.

5.      This is Debtor's first request for an extension of time and no party will be prejudiced by the granting of this Motion.

6. For the reasons stated above, Debtor moves for the entry of an order extending the deadline under 11 U.S.C. § 1007(c) for the Debtor to file its completed Schedules and accompanying SOFA through and including September 10, 2024.

**WHEREFORE**, the Debtor respectfully request this Court grant the Motion, extend the deadline for the Debtor to file its Summary of Assets and Liabilities, Schedules, Declaration Under Penalty of Perjury, Statement of Financial Affairs through and until September 10, 2024, and for such further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 30th day of August, 2024

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
dvelasquez@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**GG GLOBAL LOGISTICS, LLC**

**CASE NO. 6:24-bk-04377-GER**
**CHAPTER 11**

*Subchapter V Election*

Debtor.

_____/

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true copy of the **DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS**, has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **GG Global Logistics, LLC,** 425 W. Colonial Drive, Suite 303 #384, Orlando, Florida 32804; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court, **L. Todd Budgen, Esq**., Subchapter V Trustee, P.O. Box 520546, Longwood, FL 32752 and **Audrey M. Aleskovsky**, **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 30th day of August, 2024.

        */s/ Daniel A. Velasquez*
        **Daniel A. Velasquez, Esq.**
        Florida Bar No. 0098158
        dvelasquez@lathamluna.com
        **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
        Bknotice1@lathamluna.com
        201 S. Orange Ave., Suite 1400
        Orlando, Florida 32801
        Telephone: 407-481-5800
        Fax: 407-481-5801
        *Attorney for the Debtor*